UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:23-cr-342-JSM-SPF

JAIR ALBERTO ALVAREZ VALENZUELA
JAVIER EDUARDO MONJE IQUINAS
    a/k/a "El Profe"
ZAMIR MUÑOZ BARRIOS
LUIS CARLOS DIAZ MARTINEZ
HECTOR JUNIOR NUÑEZ RAMOS
ERICK DE JESUS RESTREPO SANCHEZ
RAUL LEONARDO BAYONA RINCON

## JOINT STATUS REPORT – September 2025

The United States of America, having conferred with counsels for the defendants, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1. **Brief summary of the case's status:**

The defendants were charged in a one-count Superseding Indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. There are seven co-defendants in the case. All the defendants have been extradited to the United States. Discovery has been served. The case is on the November trial calendar.

2. **Possibility of a plea agreement as to each defendant:**

The United States sent plea agreements to all the defendants except for Javier

Eduardo Monje Iquinas who was only extradited to the United States on August 21, 2025. The United States will prepare one for him as well. Luis Carlos Diaz Martinez wishes to proceed to trial in November 2025.

3. **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require four days to present its case-in-chief. Transport of witnesses from Colombia will take several weeks to arrange and it is therefore requested that a date certain be set for trial. The parties request November 10 or 17, 2025.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no motions pending.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ *Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov

**U.S. v. Alvarez Valenzuela et al.**                    **Case No. 8:23-cr-342-JSM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsels of Record.

*/s/ Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov