UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

| CASE NO. | 8:23-cr-342-JSM-SPF | DATE: | September 30, 2025 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | Dyalma Ocasio |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK DE JESUS RESTREPO SANCHEZ | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>David Pardo for Lauren Stoia, AUSA | |
| | | **DEFENSE COUNSEL**<br>Christopher Delaughter, CJA | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Julia Bardak |
| **TIME:** 10:09 – 10:42 | **TOTAL:** 33 minutes | **PRETRIAL:** | N/A |

## PROCEEDINGS: STATUS CONFERENCE

Interpreter sworn.

Defendant sworn.

Court advises of defendant's rule 11 rights.

Plea agreement filed (Doc. 174).

Plea of guilty entered as to Count One of the Superseding Indictment.

Factual basis established.

Guilty plea accepted.

Referred to probation for pre-sentence investigation.

Sentencing to be scheduled by separate notice before District Judge James S. Moody.

Remains in custody.