UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:23-cr-342-JSM-SPF

ERICK DE JESUS RESTREPO SANCHEZ

### ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Dkt. 182) of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Superseding Indictment is now **ACCEPTED** and the defendant, Erick De Jesus Restrepo Sanchez, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge James S. Moody, Jr., at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 17, Tampa, Florida, 33602, on **TUESDAY, JANUARY 27, 2026, at 9:00 A.M.** Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.

**DONE** and **ORDERED** in Tampa, Florida this 16th day of October, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record
United States Probation Office
Interpreter Required:   Yes (Spanish)
(Defendant is detained.)